THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:20-cv-852-Orl-78GJK

| | |
|---|---|
| **JOSE E. RAMOS PEREZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ATLAS APEX ROOFING, LLC.** | ) |
| **d/b/a ATLAS-APEX ROOFING** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**Abimael Rosado, et al v. Atlas Apex Roofing, LLC**
**Southern District of Florida**
**Case No.: 20-cv-60808**

_____  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: June 4, 2020.

Respectfully submitted.

//s//Michael G. Green II, Esq.
Fla. Bar. No. 60859
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email:  michael@jpsalaslaw.com

SALAS LAW FIRM, P.A.

*Ramos v. Atlas Apex Roofing, LLC*
*Case No.: 6:20-cv-852-Orl-78GJK*

//s//<u>John P. Salas, Esq.</u>
John P. Salas, Esq.
Fla. Bar. No. 87593
SALAS LAW FIRM, P.A.
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322
Office: (954) 315-1155
Fax: (954) 452 -3311
Email: jp@jpsalaslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

//s//Michael G. Green II

## SERVICE LIST

SPIRE LAW, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826
Jesse I. Unruh, Esq.
jesse@spirelawfirm.com