UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSE E. RAMOS PEREZ,**

      **Plaintiff,**

v.                              Case No:   6:20-cv-852-Orl-78GJK

**ATLAS APEX ROOFING, LLC,**

      **Defendant.**

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**__X__**    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        **Abimael Rosado, et al v. Atlas Apex Roofing, LLC**
        **Southern District of Florida**
        **Case No.: 20-cv-60808**

**_____**    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: August 3, 2020

                                                  /s/ Jesse I. Unruh
                                                  Jesse I. Unruh, Esq.
                                                  Florida Bar No. 93121
                                                  Spire Law, LLC
                                                  2572 W. State Road 426, Suite 2088
                                                  Oviedo, Florida 32765
                                                  Telephone: (407) 494-0135
                                                  jesse@spirelawfirm.com
                                                  lauren@spirelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby Certify that on this 3rd day of August, 2020, the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: John P. Salas, Esquire and Michael G. Green, II, Esquire, at jp@jpsalaslaw.com, michael@jpsalaslaw.com at 8551 West Sunrise Boulevard, Suite 300, Plantation, Florida 33322.

/s/ Jesse Unruh
Jesse Unruh